# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No. 18-cv-2247 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Wendy's International, LLC d/b/a Wendy's, and Nearco IV, LLC, | |
| Defendants. | |

**WHEREAS**, the parties have reached an agreement in principle to settle all claims in this matter, (Joint Motion to Stay ¶¶ 3-4, ECF No. 12);

**WHEREAS**, the parties are currently working on a settlement agreement, which they intend to have finalized no later than October 1, 2018, (Joint Motion to Stay ¶¶ 3, 5);

**WHEREAS**, there are currently a number of pending deadlines, including but not limited to Defendant Wendy International, LLC's Answer, the parties' Rule 26(f) Report, and a pretrial scheduling conference set for September 28, 2018, (Joint Motion to Stay ¶ 3; *see* ECF Nos. 6, 11); and

**WHEREAS**, the parties request that all pending deadlines be stayed so that the parties can focus their efforts on the settlement, "conserve judicial resources[,] and avoid the time and expense associated with these filings and appearances," (Joint Motion to Stay ¶¶ 4, 8-9);

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Joint Motion to Stay Proceedings Pending Settlement Discussions (ECF No. 12) is **GRANTED**.

2. All proceedings in this case are **STAYED until October 31, 2018**, or until the parties jointly request that the Stay be lifted, whichever is earlier.

3. If the parties have not filed a stipulation for dismissal by October 31, 2018, the parties shall file a joint letter setting forth the status of this litigation no later than November 2, 2018.

4. The pretrial scheduling conference set for September 28, 2018 (ECF No. 6) is **STRICKEN**.

Date: September   19  , 2018              *s/ Tony N. Leung*
                                          Tony N. Leung
                                          United States Magistrate Judge
                                          District of Minnesota


                                          *Boitnott v. Wendy's International, LLC et al.*
                                          Case No. 18-cv-2247 (WMW/TNL)