# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No. 18-cv-2247-WMW-TNL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Wendy's International LLC, d/b/a Wendy's and Nearco IV, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, that Plaintiff's Complaint and all of the causes of action and claims against Defendants shall immediately be dismissed with prejudice on the merits and without costs, disbursements, or fees to any of the parties to this civil action.

Date: October 31, 2018

Date: October 30, 2018

s/*Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
pat@throndsetlaw.com
**THRONDSET MICHENFELDER, LLC**
Cornerstone Building
Suite 203
One Central Avenue W.
St. Michael, MN 55376
(763)515-6110-Office
(612)889-5500-Cell
(763)226-2515-Fax

**ATTORNEY FOR PLAINTIFF**

s/*Corey J. Christensen*
Corey J. Christensen (#0398314)
cchristensen@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000

**ATTORNEY FOR DEFENDANT WENDY'S INTERNATIONAL LLC, D/B/A WENDY'S**

Date: October 30, 2018

s/*Ansis V. Viksnins*
Ansis V. Viksnins (#196277)
aviksnins@mmblawfirm.com
**MONROE MOXNESS BERG PA**
7760 France Avenue South, Suite 700
Minneapolis, MN  55435
Telephone: (952) 885-5999
Facsimile: (952) 885-5969

**ATTORNEY FOR DEFENDANT
NEARCO IV, LLC**

2