UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No. 18-cv-2247 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Wendy's International LLC, d/b/a Wendy's and Nearco IV, LLC, | |
| Defendant. | |

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 16), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   November 1, 2018                    s/Wilhelmina M. Wright
                                             Wilhelmina M. Wright
                                             United States District Judge