# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerald Boitnott,                      **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                         Case Number: 18-cv-2247 WMW/TNL

Wendy's International LLC, d/b/a
Wendy's and Nearco IV, LLC,

                Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above matter is dismissed with prejudice and
with each party bearing its own costs and attorneys' fees in connection with such claims.

Date: 11/2/2018                                             KATE M. FOGARTY, CLERK

                                                                s/Katie Thompson
                                                         (By)   Katie Thompson, Deputy Clerk